# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERRICK NICHOLAS JOHNSON

NO. 2021 KW 1284

DECEMBER 20, 2021

---

In Re:   Derrick  Nicholas  Johnson,  applying  for  supervisory
         writs,  32nd  Judicial  District  Court,  Parish  of
         Terrebonne, No. 483,407.

---

BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.

   **WRIT DENIED.**

                         PMc
                         JEW
                         MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT